| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>David R. Gabor (SBN: 145729)<br>WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN<br>10250 Constellation Blvd., Suite 2900<br>Los Angeles, CA 90067<br>Telephone:  (310) 858-7888<br>Facsimile:  (310) 551-7191<br>ATTORNEY(S) FOR: Plaintiffs RICHARD "CHEECH" MARIN; KOO KOO BANANA, INC. | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD "CHEECH" MARIN, an individual; KOO KOO BANANA, INC., a California Corporation<br>                                      Plaintiff(s),<br>                        v.<br>STEVEN CHIOCCHI, an individual; CHEECH'S OWN, LLC, a New Jersey Limited Liability Company<br>                                      Defendant(s) | CASE NUMBER:<br>2:19-cv-8082<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   RICHARD "CHEECH" MARIN AND KOO KOO BANANA, INC.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| RICHARD "CHEECH" MARIN, an individual | Plaintiff |
| KOO KOO BANANA, INC. a California Corporation | Plaintiff |
| STEVEN CHIOCCHI, an individual; | Defendant |
| CHEECH'S OWN, LLC, a New Jersey Limited Liability Company | Defendant |

| | |
|---|---|
| September 18, 2019<br>Date | /s/ David R. Gabor<br>Signature<br>David R. Gabor<br><br>Attorney of record for (or name of party appearing in pro per):<br>Plaintiffs RICHARD "CHEECH" MARIN; KOO KOO BANANANA, INC. |

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**


American LegalNet, Inc.
www.FormsWorkFlow.com