**WEINTRAUB TOBIN LAW CORPORATION**
DAVID R. GABOR, State Bar No. 145729
10250 Constellation Blvd., Suite 2900
Los Angeles, California 90067
Telephone: (310) 858-7888
Facsimile:  (310) 550-7191
Email: dgabor@weintraub.com

Attorneys for Plaintiffs,  RICHARD "CHEECH" MARIN,
an individual; KOO KOO BANANAA, INC. a California Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD "CHEECH" MARIN, An individual; KOO KOO BANANA, INC., a California Corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>STEVEN CHIOCCHI, an individual; CHEECH'S OWN, LLC, a New Jersey Limited Liability Company,<br><br>    Defendants. | Case No.: 2:19-cv-8082<br><br>**PLAINTIFFS RICHARD "CHEECH" MARIN AND KOO KOO BANANA, INC.'S CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Plaintiffs, RICHARD "CHEECH" MARIN, an individual; KOO KOO BANANA, INC., a California Corporation ("Plaintiffs"), by and through their attorneys, Weintraub Tobin Chediak Coleman Grodin, a Law Corporation, in compliance with the provisions of Rule 7.1 of the Federal Rules of Civil Procedure.  Under Rule 7.1, a non-governmental corporate party to an action must file a disclosure statement which either:   "(1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation."  Fed. R. Civ. P. 7.1.

Accordingly, Plaintiff hereby declares that there is no such corporation.   In accordance with Rule 7.1, a supplemental disclosure statement will be filed if any of the required information changes.

Dated:  September 18, 2019          Respectfully Submitted,

**WEINTRAUB TOBIN LAW CORPORATION**
DAVID R. GABOR

_____/ S /    David R. Gabor_
David R. Gabor
Attorney for Plaintiffs
Richard Cheech Marin and
Koo Koo Banana, Inc.