**WEINTRAUB TOBIN LAW CORPORATION**
DAVID R. GABOR, State Bar No. 145729
10250 Constellation Blvd., Suite 2900
Los Angeles, California 90067
Telephone: (310) 858-7888
Facsimile: (310) 550-7191
Email: dgabor@weintraub.com

Attorneys for Plaintiffs
RICHARD "CHEECH" MARIN, an individual;
KOO KOO BANANA, INC., a California Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD "CHEECH" MARIN, an individual; KOO KOO BANANA, INC., a California Corporation, <br><br>Plaintiffs, <br><br>v. <br><br>STEVEN CHIOCCHI, an individual; CHEECH'S OWN, LLC, a New Jersey Limited Liability Company, <br><br>Defendants. | Case No.: 2:19-cv-8082 CAS (FFMx) <br><br>**NOTICE OF ERRATA RE: CAPTION AND TITLE OF SIXTH CLAIM FOR RELIEF IN PLAINTIFF'S COMPLAINT** |

**TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that Plaintiffs RICHARD "CHEECH" MARIN, an individual, and KOO KOO BANANA, INC., a California Corporation (collectively "Plaintiffs") hereby provide this notice of errata and correction as follows:

    Plaintiffs' Sixth Claim for Relief, as listed on page 18 of Plaintiffs' Complaint, and on the caption page of Plaintiffs' Complaint, filed on September 18, 2019, should read: "Trademark Dilution under the California Model State

{00196406.DOCX;}  1
**NOTICE OF ERRATA**

Trademark Act, §§ 14200-14272, formerly Cal. Bus. & Prof. Code §§ 14330-14335."

Dated:  November 25, 2019          Respectfully Submitted,

                                  **WEINTRAUB TOBIN LAW CORPORATION**
                                  DAVID R. GABOR

                                   */s /   David R. Gabor*
                                  David R. Gabor
                                  Attorney for Plaintiffs
                                  Richard Cheech Marin and
                                  Koo Koo Banana, Inc.


# PROOF OF SERVICE

<u>Richard "Cheech" Marin, et al., v. Cheech's Own, et al.</u>
Case No. 2:19 -cv-8082 CAS (FFMx)

    I am a citizen of the United States. My business address is 10250 Constellation Boulevard, Suite 2900, Los Angeles, CA 90067. I am employed in the county of Los Angeles where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

    On **November 25, 2019**, following ordinary business practice, I served true copies of the following document(s) described as:

**NOTICE OF ERRATA RE: CAPTION AND TITLE OF SIXTH CLAIM FOR RELIEF IN PLAINTIFF'S COMPLAINT**

Addressed to the following recipients:

Christopher R. Kinkade
**Fox Rothschild LLP**
997 Lenox Drive
Lawrenceville, NJ 08648
Tel: (609) 844-3023
Fax: (609) 896-1469
Email: CKinkade@foxrothschild.com

    ☒  **BY** MAIL: I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Weintraub Tobin Chediak Coleman Grodin Law Corporation for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Executed on **November 25, 2019**, at Los Angeles, California.

*/s/ Luz Calderón*
Luz Calderon

{00196487.DOCX;}    1    Caption