**WEINTRAUB TOBIN LAW CORPORATION**
DAVID R. GABOR, State Bar No. 145729
10250 Constellation Blvd., Suite 2900
Los Angeles, California 90067
Telephone:  310-858-7888
Facsimile:   310-550-7191
Email:         dgabor@weintraub.com

Attorneys for Plaintiffs
RICHARD "CHEECH" MARIN, an individual;
KOO KOO BANANA, INC., a California Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD "CHEECH" MARIN, an individual; KOO KOO BANANA, INC., a California Corporation,<br><br>           Plaintiffs,<br><br>   v.<br><br>STEVEN CHIOCCHI, an individual; CHEECH'S OWN, LLC, a New Jersey Limited Liability Company,<br><br>           Defendants. | Case No.: 2:19-CV-08082 CAS (FFMx)<br><br>Hon. Christina A. Snyder<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS**<br><br>Complaint Served:         11/5/19<br>Current Response Date:  1/6/20<br>New Response Date:       2/5/20 |

   WHEREAS, Plaintiffs Richard "Cheech" Marin and Koo Koo Banana, Inc. filed a complaint in this action on September 18, 2019;

   WHEREAS, Defendants Steven Chiocchi and Cheech's Own, LLC waived service of process of the summons and complaint on November 5, 2019, thereby providing defendants with sixty days to respond to the complaint, making Defendant's current response deadline January 6, 2020;

   WHEREAS, the Parties require additional time prior to the response deadline, because the parties are engaged in active settlement discussions, and due to the holidays and Party principal availability the Parties will be unable to complete their discussions by January 6, 2020;

{00198215.DOCX;}

1  WHEREAS, the Parties agree to extend Defendants' time to file their response
2  to the complaint by a period of thirty days from Defendants' current deadline to
3  respond, from January 6, 2020 to and including February 5, 2020; and,

4  WHEREAS, no prior extensions have been requested, and this stipulation does
5  not extend Defendants' deadline to respond to the complaint by more than thirty days
6  from Defendants' initial deadline to respond to the complaint;

7  IT IS HEREBY STIPULATED, by and between the Parties, through their
8  undersigned counsel, that Defendants may have a thirty-day extension of time, up to
9  and including February 5, 2020, to respond to the complaint.

10

11  Dated:  December 24, 2019        WEINTRAUB TOBIN LAW CORPORATION

12                                  By   /s/ *David R. Gabor*
13                                       David R. Gabor
                                         Attorneys for Plaintiffs Richard "Cheech"
14                                       Marin and Koo Koo Banana, Inc.

15  Dated:  December 24, 2019        FOX ROTHSCHILD LLP

16                                  By   /s/ *Christopher R. Kinkade*
17                                       Christopher R. Kinkade
                                         Attorney for Defendants Steven Chiocchi and
18                                       Cheech's Own, LLC

19                              **FILERS ATTESTATION**

20      I, David R. Gabor, am the ECF user whose identification and password are
21  being used to file this **STIPULATION TO EXTEND TIME TO RESPOND TO FIRST**
22  **AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS.**  Pursuant to Civil Local Rule 5-
23  4.3.4.4(a)(2)(i), I hereby attest that the other above-named signatory concurs to this filing.

24  Dated:  December 24, 2019        WEINTRAUB TOBIN LAW CORPORATION

25                                  By   /s/ *David R. Gabor*
26                                       David R. Gabor
                                         Attorneys for Plaintiffs Richard "Cheech"
27                                       Marin and Koo Koo Banana, Inc.

28

{00198215.DOCX;}

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
2

# PROOF OF SERVICE

*Richard "Cheech" Marin, et al., v. Cheech's Own, et al.*
**Case No. 2:19 -cv-8082 CAS (FFMx)**

I am a citizen of the United States. My business address is 10250 Constellation Boulevard, Suite 2900, Los Angeles, CA 90067. I am employed in the county of Los Angeles where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On **December 24, 2019**, following ordinary business practice, I served true copies of the following document(s) described as:

**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS**

Addressed to the following recipients:

Christopher R. Kinkade
**Fox Rothschild LLP**
997 Lenox Drive
Lawrenceville, NJ 08648
Tel: (609) 844-3023
Fax: (609) 896-1469
Email: CKinkade@foxrothschild.com

☒ **BY** MAIL**:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Weintraub Tobin Chediak Coleman Grodin Law Corporation for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

[ ]   **BY ELECTRONIC MAIL]:** I caused such document to be transmitted to the addressee(s) by way of electronic mail.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **December 24, 2019**, at Los Angeles, California.

/S/ *Luz Calderon*
Luz Calderon

{00198215.DOCX;}