**WEINTRAUB TOBIN LAW CORPORATION**
DAVID R. GABOR, State Bar No. 145729
10250 Constellation Blvd., Suite 2900
Los Angeles, California 90067
Telephone:  310-858-7888
Facsimile:  310-550-7191
Email:   dgabor@weintraub.com

Attorneys for Plaintiffs
RICHARD "CHEECH" MARIN, an individual;
KOO KOO BANANA, INC., a California Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD "CHEECH" MARIN, an individual; KOO KOO BANANA, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN CHIOCCHI, an individual; CHEECH'S OWN, LLC, a New Jersey Limited Liability Company,<br><br>Defendants. | Case No.: 2:19-CV-08082 CAS (FFMx)<br><br>Hon. Christina A. Snyder<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY ADDITIONAL FIFTEEN DAYS; [PROPOSED] ORDER**<br><br>Complaint Served:      11/5/19<br>Current Response Date:  2/5/20<br>New Response Date:     2/20/20 |

{00200510.DOCX;}

SECOND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

1

WHEREAS, Plaintiffs Richard "Cheech" Marin and Koo Koo Banana, Inc. ("Plaintiffs") filed a Complaint in this action on September 18, 2019;

WHEREAS, Defendants Steven Chiocchi and Cheech's Own, LLC ("Defendants") waived service of process of the summons and Complaint on November 5, 2019, thereby providing Defendants with sixty days to respond to the complaint, making Defendants' original response deadline January 6, 2020;

WHEREAS, the Parties agreed to extend Defendants' time to file their response to the complaint pursuant to Local Rule 8-3 by a period of thirty days until February 5, 2020 in light of the holiday season and the Parties' ongoing settlement discussions;

WHEREAS, the Parties have made progress toward reaching a settlement of all claims asserted in this action but require additional time for negotiations and will be unable to finalize an agreement by February 5, 2020; and

WHEREAS, the Parties agree to extend Defendants' time to file their response to the complaint by a period of fifteen days from Defendants' current deadline to respond, from February 5, 2020 to and including February 20, 2020;

IT IS HEREBY STIPULATED, by and between the Parties, through their undersigned counsel, that Defendants may have a fifteen-day extension of time, up to and including February 20, 2020, to respond to the complaint.

Dated:  February 3, 2020            WEINTRAUB TOBIN LAW CORPORATION

                                    By  /S/ *David R. Gabor*
                                        David R. Gabor
                                        Attorneys for Plaintiffs Richard "Cheech"
                                        Marin and Koo Koo Banana, Inc.

Dated:  February 3, 2020            FOX ROTHSCHILD LLP

                                    By  /s/ *Christopher R. Kinkade*
                                        Christopher R. Kinkade
                                        Attorney for Defendants Steven Chiocchi and
                                        Cheech's Own, LLC

{00200510.DOCX;}

SECOND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

2

# FILER'S ATTESTATION

I, David R. Gabor, am the ECF user whose identification and password are being used to file this **STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS.** Pursuant to Civil Local Rule 5-4.3.4.4(a)(2)(i), I hereby attest that the other above-named signatory concurs to this filing.

Dated:  February 3, 2020          WEINTRAUB TOBIN LAW CORPORATION

By  /s/ *David R. Gabor*
David R. Gabor
Attorneys for Plaintiffs Richard "Cheech" Marin and Koo Koo Banana, Inc.

{00200510.DOCX;}

# PROOF OF SERVICE

*Richard "Cheech" Marin, et al., v. Cheech's Own, et al.*
**Case No. 2:19 -cv-8082 CAS (FFMx)**

I am a citizen of the United States. My business address is 10250 Constellation Boulevard, Suite 2900, Los Angeles, CA 90067. I am employed in the county of Los Angeles where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On February 3, 2020, following ordinary business practice, I served true copies of the following document(s) described as:

**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY ADDITIONAL FIFTEEN DAYS** Addressed to the following recipients:

Christopher R. Kinkade
**Fox Rothschild LLP**
997 Lenox Drive
Lawrenceville, NJ 08648
Tel: (609) 844-3023
Fax: (609) 896-1469
Email: CKinkade@foxrothschild.com

☒ **BY** MAIL**:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Weintraub Tobin Chediak Coleman Grodin Law Corporation for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

[ ] **BY ELECTRONIC MAIL]:** I caused such document to be transmitted to the addressee(s) by way of electronic mail.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **February 3, 2020**, at Los Angeles, California.

/S/ *Luz Calderon*
Luz Calderon

{00200510.DOCX;}