1

**WEINTRAUB TOBIN LAW CORPORATION**
DAVID R. GABOR, State Bar No. 145729
10250 Constellation Blvd., Suite 2900

2

Los Angeles, California 90067
Telephone:  310-858-7888

3

Facsimile:  310-550-7191

4

Email:       dgabor@weintraub.com

5

Attorneys for Plaintiffs
RICHARD "CHEECH" MARIN, an individual;

6

KOO KOO BANANA, INC., a California Corporation

7

8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 · RICHARD "CHEECH" MARIN, an individual; KOO KOO BANANA, INC., a California Corporation,<br><br>13 Plaintiffs,<br><br>14 v.<br><br>15 STEVEN CHIOCCHI, an individual; CHEECH'S OWN, LLC, a New Jersey Limited Liability Company,<br><br>17 Defendants. | Case No.: 2:19-CV-08082 CAS (FFMx)<br><br>Hon. Christina A. Snyder<br><br>**[PROPOSED] ORDER RE SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY ADDITIONAL FIFTEEN DAYS**<br><br>Complaint Served:      11/5/19<br>Current Response Date:   2/5/20<br>New Response Date:      2/20/20 |

18

19

## [PROPOSED] ORDER

20

Upon consideration of the Stipulation (Dkt. 14) filed by the Parties, and finding

21

good cause therein, it is hereby **ORDERED** that the deadline for Defendants Steven

22

Chiocchi and Cheech's Own, LLC to respond to the Complaint shall be extended to

23

February 20, 2020.

24

*Christine A. Snyder*

25

Dated:  February 3, 2020                    ___

26

U.S. District Judge

27

28

{00200511.DOCX;}

SECOND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

1