1  **WEINTRAUB TOBIN LAW CORPORATION**
   DAVID R. GABOR, State Bar No. 145729
2  10250 Constellation Blvd., Suite 2900
   Los Angeles, California 90067
3  Telephone:  310-858-7888
   Facsimile:   310-550-7191
4  Email:        dgabor@weintraub.com

5  Attorneys for Plaintiffs
   RICHARD "CHEECH" MARIN, an individual;
6  KOO KOO BANANA, INC., a California Corporation

7

8                **UNITED STATES DISTRICT COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**

10

11  RICHARD "CHEECH" MARIN, an          Case No.: 2:19-CV-08082 CAS (FFMx)
    individual; KOO KOO BANANA, INC., a
12  California Corporation,             Hon. Christina A. Snyder

13              Plaintiffs,            **THIRD STIPULATION TO EXTEND
                                       TIME TO RESPOND TO
14        v.                           COMPLAINT BY ADDITIONAL
                                       FIFTEEN DAYS**
15  STEVEN CHIOCCHI, an individual;
    CHEECH'S OWN, LLC, a New Jersey    [*Concurrently Filed with [Proposed]
16  Limited Liability Company,         Order*]

17              Defendants.            Complaint Served:          11/5/19
                                       Current Response Date:     2/20/20
18                                     New Response Date:         3/6/20

19

20

21

22

23

24

25

26

27

28
    {00202086.DOCX;}
    ─────────────────────────────────────────────────────
    THIRD STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
                                1

1    WHEREAS, Plaintiffs Richard "Cheech" Marin and Koo Koo Banana, Inc.
2    ("Plaintiffs") filed a Complaint in this action on September 18, 2019;

3    WHEREAS, Defendants Steven Chiocchi and Cheech's Own, LLC
4    ("Defendants") waived service of process of the summons and Complaint on
5    November 5, 2019, thereby providing Defendants with sixty days to respond to the
6    Complaint, making Defendants' original response deadline January 6, 2020;

7    WHEREAS, the Parties agreed to extend Defendants' time to file their response
8    to the Complaint pursuant to Local Rule 8-3 by a period of thirty days until February
9    5, 2020 in light of the holiday season and the Parties' ongoing settlement discussions;

10   WHEREAS, the Parties stipulated to further extend Defendants' time to file
11   their response to the complaint to February 20, 2020 to provide the Parties additional
12   time to engage in negotiations, and this stipulation was granted by the Court;

13   WHEREAS, the Parties continue to progress toward a universal settlement and
14   anticipate being able to finalize an agreement by March 6, 2020;

15   WHEREAS, the Parties agree to extend Defendants' time to file their response
16   to the complaint by a period of fifteen days from Defendants' current deadline to
17   respond, from February 20, 2020 to and including March 6, 2020;

18   IT IS HEREBY STIPULATED, by and between the Parties, through their
19   undersigned counsel, that Defendants may have a fifteen-day extension of time, up to
20   and including March 6, 2020, to respond to the complaint.

21

22   *[signature page to follow]*

23

24

25

26

27

28
{00202086.DOCX;}

THIRD STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
2

1

2 Dated:  February 20, 2020           WEINTRAUB TOBIN LAW CORPORATION

3                                     By   /S/ *David R. Gabor*

4                                          David R. Gabor
                                           Attorneys for Plaintiffs Richard "Cheech"
                                           Marin and Koo Koo Banana, Inc.
5

6 Dated:  February 20, 2020           FOX ROTHSCHILD LLP

7                                     By   */s/ Christopher R. Kinkade*

8                                          Christopher R. Kinkade
                                           Attorney for Defendants Steven Chiocchi and
                                           Cheech's Own, LLC
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
   {00202086.DOCX;}
   THIRD STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
                                          3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## FILER'S ATTESTATION

I, David R. Gabor, am the ECF user whose identification and password are being used to file this **THIRD STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY ADDITIONAL FIFTEEN DAYS**.  Pursuant to Civil Local Rule 5-4.3.4.4(a)(2)(i), I hereby attest that the other above-named signatory concurs to this filing.

Dated:  February 20, 2020          WEINTRAUB TOBIN LAW CORPORATION

By   *David R. Gabor*
     David R. Gabor
     Attorneys for Plaintiffs Richard "Cheech"
     Marin and Koo Koo Banana, Inc.

{00202086.DOCX;}

# PROOF OF SERVICE

## _Richard "Cheech" Marin, et al., v. Cheech's Own, et al._
### Case No. 2:19 -cv-8082 CAS (FFMx)

I am a citizen of the United States.  My business address is 10250 Constellation Boulevard, Suite 2900, Los Angeles, CA 90067.  I am employed in the county of Los Angeles where this service occurs.  I am over the age of 18 years, and not a party to the within cause.  I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On February 20, 2020, following ordinary business practice, I served true copies of the following document(s) described as:

**THIRD STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY ADDITIONAL FIFTEEN DAYS**

Addressed to the following recipients:

Christopher R. Kinkade
**Fox Rothschild LLP**
997 Lenox Drive
Lawrenceville, NJ 08648
Tel: (609) 844-3023
Fax: (609) 896-1469
Email: CKinkade@foxrothschild.com

☒     **BY** MAIL**:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of Weintraub Tobin Chediak Coleman Grodin Law Corporation for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope was placed in the mail at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **February 20, 2020**, at Los Angeles, California.

/S/ _Luz Calderon_
Luz Calderon

{00202086.DOCX;}

THIRD STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
5

Active\107948573.v1-2/20/20