# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD "CHEECH" MARIN, an individual; KOO KOO BANANA, INC., a California Corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>STEVEN CHIOCCHI, an individual; CHEECH'S OWN, LLC, a New Jersey Limited Liability Company,<br><br>　　　　　Defendants. | Case No.: 2:19-CV-08082 CAS (FFMx)<br><br>Hon. Christina A. Snyder<br><br>**[PROPOSED] ORDER RE THIRD STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY ADDITIONAL FIFTEEN DAYS**<br><br>Complaint Served:　　　11/5/19<br>Current Response Date:　2/20/20<br>New Response Date:　　3/06/20 |

{00202093.DOCX;}

[PROPOSED] ORDER RE THIRD STIPULATION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT

1

# [PROPOSED] ORDER

Upon consideration of the Stipulation (Dkt. 16) filed by the Parties, and finding good cause therein, it is hereby **ORDERED** that the deadline for Defendants Steven Chiocchi and Cheech's Own, LLC to respond to the Complaint shall be extended to March 6, 2020.

Dated:  February __, 2020

_____
U.S. District Court Judge

{00202093.DOCX;}

# PROOF OF SERVICE

*Richard "Cheech" Marin, et al., v. Cheech's Own, et al.*
**Case No. 2:19 -cv-8082 CAS (FFMx)**

I am a citizen of the United States. My business address is 10250 Constellation Boulevard, Suite 2900, Los Angeles, CA 90067. I am employed in the county of Los Angeles where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On February 20, 2020, following ordinary business practice, I served true copies of the following document(s) described as:

**[PROPOSED] ORDER RE THIRD STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY ADDITIONAL FIFTEEN DAYS**

Addressed to the following recipients:

Christopher R. Kinkade
**Fox Rothschild LLP**
997 Lenox Drive
Lawrenceville, NJ 08648
Tel: (609) 844-3023
Fax: (609) 896-1469
Email: CKinkade@foxrothschild.com

☒ **BY** MAIL**:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Weintraub Tobin Chediak Coleman Grodin Law Corporation for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

[ ] **BY ELECTRONIC MAIL]:** I caused such document to be transmitted to the addressee(s) by way of electronic mail.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **February 20, 2020**, at Los Angeles, California.

/S/ *Luz Calderon*
Luz Calderon

{00202093.DOCX;}