# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD "CHEECH" MARIN, an individual; KOO KOO BANANA, INC., a California Corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>STEVEN CHIOCCHI, an individual; CHEECH'S OWN, LLC, a New Jersey Limited Liability Company,<br><br>　　　　　Defendants. | Case No.: 2:19-CV-08082 CAS (FFMx)<br><br>Hon. Christina A. Snyder<br><br>**ORDER RE THIRD STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY ADDITIONAL FIFTEEN DAYS [16]**<br><br>Complaint Served:　　　11/5/19<br>Current Response Date:　2/20/20<br>New Response Date:　　3/06/20 |

**ORDER**

Upon consideration of the Stipulation (Dkt. 16) filed by the Parties, and finding good cause therein, it is hereby **ORDERED** that the deadline for Defendants Steven Chiocchi and Cheech's Own, LLC to respond to the Complaint shall be extended to March 6, 2020.

Dated:  February 21, 2020

*Christina A. Snyder*
Christina A. Snyder
United States District Judge