**WEINTRAUB TOBIN LAW CORPORATION**
DAVID R. GABOR, State Bar No. 145729
10250 Constellation Blvd., Suite 2900
Los Angeles, California 90067
Telephone:  310-858-7888
Facsimile:  310-550-7191
Email:  dgabor@weintraub.com

Attorneys for Plaintiffs
RICHARD "CHEECH" MARIN, an individual;
KOO KOO BANANA, INC., a California Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD "CHEECH" MARIN, an individual; KOO KOO BANANA, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN CHIOCCHI, an individual; CHEECH'S OWN, LLC, a New Jersey Limited Liability Company,<br><br>Defendants. | Case No.: 2:19-CV-08082 CAS (FFMx)<br><br>Hon. Christina A. Snyder<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Served:   11/5/19 |

{00203568.DOCX;}

NOTICE OF SETTLEMENT
1

TO THE HONORABLE COURT:

The parties in the above-captioned matter have reached and documented a settlement agreement in this matter but are waiting for final signature from Plaintiffs (the delay is caused by Plaintiff Cheech's travel schedule).  Plaintiffs anticipate filing a dismissal with prejudice shortly.  The parties per Local Rule have alerted the Court in order to avoid the setting of an OSC or other associated Court engagement.

                                              Respectfully Submitted,

Dated:  March 9, 2020            WEINTRAUB TOBIN LAW CORPORATION

                                 By  /s/ *David R. Gabor*
                                     David R. Gabor
                                     Attorneys for Plaintiffs Richard "Cheech"
                                     Marin and Koo Koo Banana, Inc.

{00203568.DOCX;}

NOTICE OF SETTLEMENT

2

# PROOF OF SERVICE

*Richard "Cheech" Marin, et al., v. Cheech's Own, et al.*
**Case No. 2:19 -cv-8082 CAS (FFMx)**

I am a citizen of the United States. My business address is 10250 Constellation Boulevard, Suite 2900, Los Angeles, CA 90067. I am employed in the county of Los Angeles where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On **March 9, 2020**, following ordinary business practice, I served true copies of the following document(s) described as:

## NOTICE OF SETTLEMENT

Addressed to the following recipients:

Christopher R. Kinkade
**Fox Rothschild LLP**
997 Lenox Drive
Lawrenceville, NJ 08648
Tel: (609) 844-3023
Fax: (609) 896-1469
Email: CKinkade@foxrothschild.com

[XX] **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Weintraub Tobin Chediak Coleman Grodin Law Corporation for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

[XX] **BY ELECTRONIC MAIL:** I caused such document to be transmitted to the addressee(s) by way of electronic mail. Each e-mail was complete and no report of error was received.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **March 9, 2020**, at Los Angeles, California.

/S/ *Luz Calderon*
Luz Calderon

{00203568.DOCX;}

NOTICE OF SETTLEMENT
3